January 28, 2019

CIVIL ACTION NO
7:19-mc-01909

JUAN BENITO MANCIAS YEN NAW'S KIAPAN'K Of The CORRIZO
COMECRUDO TRIBE OF TEXAS ESTO'K GNA
115 Roemer Lane, Unit C Floresville, TX 78114

United States District Court
Southern District of Texas
FILED

JAN 28 2020

David J. Bradley, Clerk

TOMMY FISHER
FISHER SAND AND GRAVEL CO.
3020 ENERGY DRIVE
DICKINSON, NORTH DAKOTA -58601

CEASE AND DESIST LETTER/ORDER

By The Sovereign Authority I, JUAN BENITO MANCIAS (YEN NAWI'S KIAPANI'K), of The Carrizo Comecrudo, (ESTO'K GNA) Tribe Of Texas. The Federal Common Law, of The Land Possessory Claim,

Solely and collectively, remand that Your Company(s), Owner(s), Supervisor(s), Employee(s), and SubContractor(s), Herein an therefore to CEASE AND DESIST any and all actions, an or, motions of taking place now and in the future in the following Counties; County Of HIDALGO, County Of STARR, County Of CAMERON, County Of WILLACY, County Of ZAPATA, County Of WEBB, County Of MAVERICK, County Of SUTTON, County Of VAL VERDE, County Of JEFF DAVIS, County Of REAVES, County Of PECOS, County Of EL PASO, County Of BEXAR. County Of WILSON, County Of BREWSTER, County Of KARNES, County Of ECTOR, County Of MIDLAND, County Of YOAKUM,

Our Tribes Sacred Land Sites and Burial Grounds, not excluding any or all Burial grounds specifically The ELI JACSKSON CEMENTARY which are in the proximity of these areas, the below any or all an actions an or motions are illegal and any and all of these Sites. Therefore, I am remanding that all nonTribal Members

CEASE and DESIST all actions, an or motions to the following under Habeus Corpus of jurisdiction of authority of absolute

Land Sovereignty Title JUAN BENITO MANCIAS YEN NAW'S KIAPAN'K Of The CORRIZO COMECRUDO TRIBE OF TEXAS ESTO'K GNA

CEASE and DESIST, an or, motion illegal, (illintent) under Title 18 subsection 241 and 242 common law Tort will define without further consulting with Sovereign Tribe, Nation for direct penalties to the following

from the following; Blocking, walking (other than legal, City, County, State, and Federal reasons), surveying, assessing and defaming of any kind Roads, Levees, Land, Canals, and Water, Surveying and marking of any type,

clearing of any type, cutting, burning, dynamiting, of all organic substances, (including trees plants, animals, insects). Leveling earth surface of dirt and rocks Etc, building, constructing surface level foundations, holes of any kind.

You are herein therefore put into notice, of the CEASE and DESIST filed with THE UNITED STATE OF AMERICA U.S. DISTRICT COURT SOUTHERN DISTRICT OF TEXAS (McAllen) CIVIL; DOCKET CASE #: 7:19-MC-01919 ON October 10 2019, of which this is an amendment of. Therefore, any and all actions, an or, motions on The Company(s) part or that of its Supervisors(s), Employee(s), and Sub Contractor(s), etc, will be in violation of this active Law Suit which includes The CEASE and DESIST ORDER attached herein, thereforth,

I declare under penalty and perjury of law, that the foregoing is true and correct to the best of my knowledge,

*[signature]* *[signature]*

JUAN BENITO MANCIAS (YEN NAWI'S KIAPANI'K), of THE CARRIZO CMECRUDO, (ESTO'K GNA) TRIBE NATION OF TEXAS

1/28/2020

November 25, 2019

CIVIL ACTION NO
7:19-mc.01909

JUAN BENITO MANCIAS YEN NAWI'S KIAPANI'K
Of The CARRIZO COMECRUDO TRIBE OF TEXAS
ESTO'K GNA
1250 Roemer Lane, Unit C
Floresville, TX 78114

Tommy Fisher
Fisher Sand and Gravel Co.
3020 Energy Drive
Dickinson, North Dakota 58601
701-456-9184

CEASE AND DESIST LETTER/ORDER

# U.S. Code § 241. Conspiracy against rights

If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or

If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—

They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

(June 25, 1948, ch. 645, 62 Stat. 696; Pub. L. 90–284, title I, § 103(a), Apr. 11, 1968, 82 Stat. 75; Pub. L. 100–690, title VII, § 7018(a), (b)(1), Nov. 18, 1988, 102 Stat. 4396; Pub. L. 103–322, title VI, § 60006(a), title XXXII, §§ 320103(a), 320201(a), title XXXIII, § 330016(1)(L), Sept. 13, 1994, 108 Stat. 1970, 2109, 2113, 2147; Pub. L. 104–294, title VI, §§ 604(b)(14)(A), 607(a), Oct. 11, 1996, 110 Stat. 3507, 3511.)

November 25, 2019                                                                 Page 2/4

CIVIL ACTION NO
7:19-mc-01909

JUAN BENITO MANCIAS YEN NAWI'S KIAPANI'K
Of The CARRIZO COMECRUDO TRIBE OF TEXAS
ESTO'K GNA
1250 Roemer Lane, Unit C
Floresville, TX 78114

Tommy Fisher
Fisher Sand and Gravel Co.
3020 Energy Drive
Dickinson, North Dakota 58601
701-456-9184

CEASE AND DESIST LETTER/ORDER

# 18 U.S.C. § 242 - U.S. Code - Unannotated Title 18. Crimes and Criminal Procedure § 242. Deprivation of rights under color of law

Whoever under any color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

PJ 5/5